371 A.2d 519

Miller v. Romano et al., Appellants.

Argued September 17, 1976. Jonathan Wheeler, with him Frank,

548

Margolis, Edelstein and Scherlis, for appellants; James D. McCrudden, for appellee.

Order affirmed.